Form NTCAPPL (11/18)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Gocha v. Gray et al**<br><br>                                        **Debtor**<br>**Alvin Gray**<br>                                        **Appellant**<br>**Lisa E. Gocha**<br>                                        **Appellee** | Case Number 21–01369–jwb<br><br>Adv. Pro. No. 21–80081–jwb<br><br>Chapter 7<br><br>Honorable James W. Boyd |

## CLERK'S NOTICE REGARDING RECORD ON APPEAL

The appellant(s) in the above referenced adversary proceeding filed a notice of appeal on May 4, 2023 regarding the Judgment Regarding Avoidance and Recovery of Transfer from Defendant Alvin Gray signed April 17, 2023 and entered on the court's docket April 17, 2023.

Notice is given to the appellants that the appellants shall, within 14 days from the date the notice of appeal was filed, file with the Clerk of the U.S. Bankruptcy Court, and serve on the appellee, the following:

    1. A Statement of Issues;

    2. A Designation of items to be included in the record on appeal, and;

    3. A copy of any written request to produce a transcript.

Notice is hereby given to the appellee that within 14 days after service of the statement of issues and designation of the appellants, the appellee may file with the court and serve on the appellants, a designation of additional items to be included in the record on appeal. If the appellee files a cross appeal, the appellants shall have an additional 14 days from date of service to serve and file a list of additional items to be included in the record.

Pursuant to Fed.R.Bankr.P. 8009, parties must take action to enable the Clerk to assemble and transmit the record on appeal to the United States District Court in a timely manner. In most cases, appeals will be transmitted to the United States District Court within 30 days after the notice of appeal is filed.

Failure to comply with applicable time limits or other requirements set forth in Fed.R.Bankr.P. 8001, et seq., may prompt the United States District Court to enter an order dismissing the appeal, or such other action as the United States District Court deem proper.



Michelle M. Wilson
CLERK OF BANKRUPTCY COURT

**Dated:** May 5, 2023

/S/_____
L. Jones
Deputy Clerk

This Notice along with a copy of the Notice of Appeal was served upon Alvin Gray, Lisa E. Gocha, Esq., and the Office of the U.S. Trustee. The Notice of Appeal was electronically transmitted to the Clerk of the United States District Court