UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE DOROTHY MAE ROBINSON,    )
     Debtor,      )
              )
ALVIN GRAY,        )
     Appellant,     )
              )  No. 1:23-cv-465
-v-            )
              )  Honorable Paul L. Maloney
LISA E. GOCHA,       )
     Appellee.      )
              )

## JUDGMENT

The Court dismissed this lawsuit as the notice of appeal was not timely filed.

Accordingly, **JUDGMENT ENTERS.**

 **THIS ACTION IS TERMINATED.**

 **IT IS SO ORDERED.**

Date:  July 19, 2023        /s/  Paul L. Maloney
                    Paul L. Maloney
                    United States District Judge